**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JENNIE MILES,

                                Plaintiff,             **SCHEDULING ORDER**

    -against-                                     23 Civ. 10465 (KMK)(JCM)

CRYSTAL RUN HEALTHCARE PHYSICIANS,
LLP, *et al.*

                                Defendants.
-----------------------------------------------------------------X

On November 6, 2024, Judge Karas stayed this matter for "90 days to allow Plaintiff adequate time to retain new counsel." (Docket No. 33). Therefore, the Telephone Conference scheduled for November 14, 2024 at 10:00 a.m. before Magistrate Judge Judith C. McCarthy is adjourned *sine die*. In addition, the parties are directed to submit a joint letter on February 4, 2025 notifying the Court whether the stay has been lifted.

Dated: November 8, 2024
       White Plains, New York

                                                                       SO ORDERED:

                                                                       _/s/ Judith C. McCarthy_
                                                                       JUDITH C. McCARTHY
                                                                       United States Magistrate Judge