UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIE MILES, | |
| Plaintiff, | No. 23-CV-10465 (KMK) |
| v. | ORDER |
| CRYSTAL RUN HEALTHCARE PHYSICIANS, LLP, *et al*. | |
| Defendants. | |

KENNETH M. KARAS, United States District Judge:

On November 6, 2024, the Court granted Plaintiff's request for a 90-day stay of this Action to allow Plaintiff to secure new counsel. (Dkt. No. 33.) 90 days have passed, and Plaintiff has secured new counsel. (*See* Dkt. No. 39.) Accordingly, the Clerk of Court is respectfully directed to lift the stay in the instant Action.

SO ORDERED.

Dated: May 19, 2025
       White Plains, New York

 

_____
KENNETH M. KARAS
United States District Judge