**Seyfarth**

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

jdinapoli@seyfarth.com
T (212) 218-3355

www.seyfarth.com

January 13, 2026

**VIA ECF**

Hon. Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:   Miles v. Crystal Run Healthcare Physicians, LLP, et al.,
Case No. 23-cv-10465-KMK-JCM

Dear Judge Karas:

This firm represents Defendants in the above matter. Defendants respectfully request a one-week extension of time to file their motion for summary judgment (with an additional week for Plaintiff to file her opposition and Defendants to file their reply).

Defendants are currently scheduled to file their motion for summary judgment on or before January 23, 2026, with Plaintiff's opposition due by February 23, 2026, and Defendants' reply due by March 9, 2026. ECF No. 62. Defendants respectfully request that the Court permit them to file their motion on or before January 30, 2026, with Plaintiff's opposition due by March 2, 2026, and Defendants' reply due March 16, 2026.

Plaintiff's counsel consents to this request. This is the first request for an extension of time related to summary judgment.

We thank the Court for its consideration.

Respectfully submitted,

SEYFARTH SHAW LLP

/s/ John DiNapoli

John DiNapoli

cc:   All Counsel of Record

Granted.

SO ORDERED:

HON. KENNETH M. KARAS U.S.D.J.

1/13/2026

322934336v.1